## CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Bristol Myers Squibb Company
430 E 29th Street, 14th Floor
New York, NY 10016

Bristol-Myers Squibb Company
PO Box 951444
Dallas, TX 75395-1444

Bristol-Myers Squibb Company
Attn: Rhonda Nantais
P.O. Box 951444
Dallas, TX 75395-1444

Bristol-Myers Squibb Company
Attn: Rhonda Nantais
430 E 29th Street, 14th Floor
New York, NY 10016
☒Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Bristol-Myers Squibb Company
Attn: Giovanni Caforio, MD, CEO &
Sandra Leung, Executive VP and General Counsel
430 E 29th Street, 14th Floor
New York, NY 10016

The Corporation Trust Company,
R/A for Bristol-Myers Squibb Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

     I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

     Under penalty of perjury, I declare that the foregoing is true and correct.

| Date | February 4, 2022 | Signature | /s/ Gini L. Downing |
|---|---|---|---|
| | Print Name: | | Gini L. Downing |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Bristol-Myers Squibb Company
Attn: Giovanni Caforio, MD, CEO &
Sandra Leung, Executive VP and General Counsel
430 E 29th Street, 14th Floor
New York, NY 10016

9590 9402 3367 7227 2945 34

2. Article Number (Transfer from service label)
7017 2400 0000 3936 9597

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] mail room
☐ Agent
☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
The Corporation Trust Company,
R/A for Bristol-Myers Squibb Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

9590 9402 3367 7227 2945 27

2. Article Number (Transfer from service label)
7017 2400 0000 3936 9580

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 0 8 2022
CT CORPORATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt