Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>Defendant. | Adv. Proc. No. 22-02065 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Bristol-Myers Squibb Company (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule

7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this

adversary proceeding, with each party to bear its own attorneys' fees and costs. (*)

STIPULATED AND AGREED:

| Dated: March 30, 2023 | Dated: March 30, 2023 |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | LOWENSTEIN SANDLER LLP |
| */s/ Ilan D. Scharf* | */s/ Philip J. Gross* |
| Bradford J. Sandler (NY Bar No. 4499877)<br>Ilan D. Scharf (NY Bar No. 4042107)<br>Jason S. Pomerantz (CA Bar No. 157216)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email: bsandler@pszjlaw.com<br>ischarf@pszjlaw.com<br>jspomerantz@pszjlaw.com | Philip J. Gross, Esq. (NY Bar No. 4713517)<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Email: pgross@lowenstein.com<br><br>*Counsel to Defendant Bristol-Myers Squibb Company* |
| *Counsel to Plaintiff RDC Liquidating Trust* | |

SO ORDERED

DATED: ___March 31___, 2023  
       Rochester, New York

____/s/_____  
HON. PAUL R. WARREN  
United States Bankruptcy Judge

(*) The Clerk of Court is directed to immediately close this adversary proceeding.